# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## WESTERN DIVISION

| | |
|---|---|
| In re:<br>    Nicholas J. Dowd<br><br>    Debtor | Chapter 7<br><br>Case No. 20-30268-EDK |

### ORDER ON TRUSTEE'S MOTION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY, INC. AS REAL ESTATE BROKERS

Upon consideration of the Chapter 7 Trustee's Motion To Employ BK Global Real Estate Services and Exit Preferred Realty As Real Estate Brokers, no adverse interests having been represented and sufficient reason appearing to me therefor, it is hereby

**ORDERED** that the Trustee's Motion To Employ BK Global Real Estate Services and Exit Preferred Realty As Brokers is allowed.  All compensation and expenses will be subject to Court approval.

_____    6/2/2020
Honorable Elizabeth D. Katz    Dated
U.S. Bankruptcy Judge